No. 02–1550. LAL v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–1557. ROADEN v. DERMOTT ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–1559. HARLOW CORP. v. NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–1562. MADIGAN v. NABISCO BRANDS, INC./RJ REYN- OLDS CO., INC. C. A. 6th Cir. Certiorari denied.

No. 02–1564. RANEY v. RANEY. Sup. Ct. Va. Certiorari denied.

No. 02–1570. COTTER, INDIVIDUALLY AND AS TRUSTEE OF THE VERLA DOYLE FAMILY TRUST v. BURKHALTER ET AL. Ct. App. Tenn. Certiorari denied.

No. 02–1573. JOHNSON v. BUFFALO POLICE DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 02–1575. SNYDER-FALKINHAM ET AL. v. STOCKBURGER ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–1578. CONRAIL, c/o TRANSPORTATION DISPLAYS, INC. v. SOCIETY CREATED TO REDUCE URBAN BLIGHT ET AL. Commw. Ct. Pa. Certiorari denied.

No. 02–1582. YOUNG v. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1592. MILLS ET AL. v. DAVIS, GOVERNOR OF CALIFOR- NIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1600. PATEL v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 11th Cir. Certiorari de- nied.